**445** ROUSE, HAZARD & CO. vs. CIRCUIT JUDGE (Wayne), No. 14264, 104 M., 234.

To compel respondent to enter an order in a case pending, where relator is plaintiff and the Detroit Cycle Company, Limited, is defendant, compelling defendant and its members, Robinson, Mathewson and Holmes, to produce the books of said Detroit Cycle Company, especially its subscription book, and to receive such other evidence as may be offered by relator concerning the amount of capital stock remaining unpaid upon the subscriptions thereto, and to cause execution to issue against said members for the amount unpaid.

Granted February 26, 1895, with costs against Robinson, Mathewson and Holmes.

**446** MANLY (Admr.) vs. PROBATE JUDGE (Washtenaw), No. 13606, 99 M., 441.

To compel the executors of an estate who had been cited in under How. Stat., Sec. 5876, and who had answered and produced books and papers, to make, at their own expense, certain schedules desired by relators, from said books and papers, and attach same to interrogatories propounded.

Denied March 27 1894, with costs.

**447** FLETCHER vs. CIRCUIT JUDGE (Wayne), No. 14449.

To compel respondent to vacate an order allowing proofs to be taken in open court, in a chancery case, where the court found that although no notice had been given therefor, a stipulation in writing had been afterwards entered into, that at the hearing the testimony might be taken; that the stipulation had been lost and that the solicitors entering into the same had authority to so stipulate.

Denied October 30, 1894, with costs.